UNITED STATES of America,
Plaintiff–Appellee,

v.

Charles Cleveland NOWDEN,
Defendant–Appellant.

No. 04–10605.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2004.

Floyd Clardy, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jeanette Mercado, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

In this expedited appeal, Charles Cleveland Nowden challenges the district court's decision to revoke his supervised release. Nowden argues that the evidence was insufficient to establish that he violated the terms of supervised release. He challenges the credibility determinations made by the district court.

This court will not disturb the district court's credibility determinations on appeal. *See United States v. Alaniz–Alaniz*, 38 F.3d 788, 790 (5th Cir.1994). The testimony offered by the probation officer was sufficient to establish by a preponderance of the evidence that Nowden violated the terms of supervised release. *See* 18 U.S.C. § 3583(e)(3); *United States v. McCormick*, 54 F.3d 214, 219 (5th Cir. 1995). Accordingly, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.